UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CARLOS URIBE,                                    **AFFIDAVIT OF SERVICE**

               Plaintiff,

                                                     10 Civ. 5559 (RLE) (NRB)

-versus-

THE CITY OF NEW YORK, et. al.,

               Defendants.

---

Adam Shoop, being duly sworn, deposes and says:

I am over 18 years of age and am not a party to this action.

On July 28, 2010, at approximately 12:25 p.m., at 100 Church Street, 4th Floor, I served a **Summons** and **Complaint** upon **THE CITY OF NEW YORK**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, *to wit*, Dmitry Aronov.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

| | | |
|---|---|---|
| Sex: Male | Race: Caucasian | Hair: Grey |
| Approx Age: 55 | Approx. Height: 6'0" | Approx Weight: 180 lbs. |

Dated:    New York, New York
             July 28, 2010

By: _____
     Adam Shoop

Sworn to before me on

_____, 2010

_____
Notary Public

Mark Taylor
Notary Public - No. 02-TA6202256
Qualified in Kings County, NY
expires March 23, 2013

1